CHRIS LEPINE

VERSUS

STATE OF LOUISIANA

NO. 25-KH-319

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

August 04, 2025

Jalisa Walker
Deputy Clerk

**IN RE** CHRIS LEPINE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 21-4253

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

In this *pro se* writ application, relator, Chris Lepine, appears to seek review of the trial court's June 9, 2025 contempt ruling that found him in contempt of court and sentenced him to six months in the parish prison. For the reasons set forth in both *Lepine v. State*, 25-267 (La. App. 5 Cir. 6/24/25), 2025 WL 1742983, and *State v. Lepine*, 25-289 (La. App. 5 Cir. 7/16/25), 2025WL 1950953, we find Mr. Lepine is not entitled to relief. Though relator now includes the June 9, 2025 minute entry of the contempt ruling, he fails to include any other documents considered in connection with the contempt ruling, including the transcript of the June 9, 2025 contempt hearing. On the showing made, this writ application is denied.

Gretna, Louisiana, this 4th day of August, 2025.

**JGG**
**MEJ**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/04/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**25-KH-319**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Chris Lepine #9835600 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054